UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JUAREZ,<br><br>        Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM,<br><br>        Respondent. | 1:17-cv-00246-AWI-JLT (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>DIRECTING CLERK TO SERVE THE COURT OF APPEALS<br><br>(Doc. 18) |

On October 26, 2017, the Court entered judgment denying the petition for writ of habeas corpus. On November 27, 2017, petitioner filed a notice of appeal, a motion for certificate of appealability, and on December 26, 2017, an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

    Dated: __**April 3, 2018**__                           **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE